IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JESUS PEREZ VEGA | § | |
| | § | |
| VS. | § | C.A. NO. 3:11-cv-00156 |
| | § | |
| GLOBAL INDUSTRIES, LTD., GLOBAL INDUSTRIES INTERNATIONAL, L.P., and GLOBAL VESSELS MEXICO, S. de R.L. de C.V. | § § § § | JURY |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

On the below-entered date came Plaintiff, JESUS PEREZ VEGA, and Defendants, GLOBAL INDUSTRIES, LTD., GLOBAL INDUSTRIES INTERNATIONAL, L.P. and GLOBAL VESSELS MEXICO, S. de R.L. de C.V., and advised the Court that their matters and differences in controversy have been compromised and settled and accordingly requested that the Plaintiff's Original Complaint and all amendments thereto be dismissed with prejudice with each party to bear their respective costs of Court; it is therefore

ORDERED, ADJUDGED and DECREED that Plaintiff, JESUS PEREZ VEGA, recover nothing from Defendants, GLOBAL INDUSTRIES, LTD., GLOBAL INDUSTRIES INTERNATIONAL, L.P. and GLOBAL VESSELS MEXICO, S. de R.L. de C.V., and his Original Complaint and all amendments thereto are hereby dismissed with prejudice with each party to bear their respective costs of Court.

This is a Final Judgment.

All relief sought herein which is not expressly granted is denied.

SIGNED at Galveston, Texas this 21st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

SCHECHTER, MCELWEE, SHAFFER & HARRIS, L.L.P.

By: _____
Matthew D. Shaffer
State Bar No. 18085600
S.D. I.D. No. 8877
3200 Travis, 3rd Floor
Houston, TX 77006
Telephone: 713/5243500
Facsimile: 713/751-0412
Email: mshaffer@smslegal.com

ATTORNEYS FOR PLAINTIFF,
JESUS PEREZ VEGA


WHITE MACKILLOP & GALLANT P.C.

By: _____
Ronald L. White
State Bar No. 21328300
S.D. I.D. No. 234
2200 West Loop South, Suite 1000
Houston, TX 77027
Telephone: 713/599-0211
Facsimile: 713/599-1355
Email: rwhite@wmglegal.com

ATTORNEYS FOR DEFENDANTS,
GLOBAL INDUSTRIES, LTD., GLOBAL
NDUSTRIES INTERNATIONAL, L.P. and
GLOBAL VESSELS MEXICO, S. de R.L. de C.V.

2